IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:20-CR-562-BN |
| PHILIP RUSSELL ARCHIBALD | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Philip Russell Archibald,** pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

　　　\_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

　　　\_\_\_\_\_ Maximum sentence life imprisonment or death

　　　__X__ 10 + year drug offense

　　　\_\_\_\_\_ Felony, with two prior convictions in above categories

　　　__X__ Serious risk defendant will flee

　　　\_\_\_\_\_ Serious risk obstruction of justice

　　　\_\_\_\_\_ Felony involving a minor victim

　　　\_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

　　　\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

   __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

   ____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

DATED this __8th__ day of June, 2020.

>Respectfully submitted,
>
>ERIN NEALY COX
>UNITED STATES ATTORNEY
>
>*s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney
>Florida Bar No. 0193968
>1100 Commerce Street, Third Floor
>Dallas, Texas 75242
>Telephone: 214-659-8600
>Facsimile: 214-659-8805
>Email: Tiffany.Eggers@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this document will hand delivered to counsel appearing at the defendant's initial appearance, and that a copy of the same will be provided to the Clerk of Court.

>*s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney