AO 442 (Rev. 11/11) Arrest Warrant

# SEALED

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 3:20-MJ-562-BN (01) |
| Philip Russell Archibald | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Philip Russell Archibald,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 & 846    Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: June 5, 2020

*Issuing officer's signature*

City and state: Dallas, Texas

DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* June 5, 2020, and the person was arrested on *(date)* June 8, 2020
at *(city and state)* Lancaster, Tx 75134.

Date: 6/8/2020

*Arresting officer's signature*

John Moore / Special Agent
*Printed name and title*

FBI

11129738