# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 3:20-CR-283 |
| | § | |
| ARCHIBALD, PHILIP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day the Court considered the Defendant's Motion for Continuance of Pretrial Dates. After careful consideration of the pleadings and arguments of counsel, the Court finds as follows:

1. The defendant's request is made knowingly, intelligently and voluntarily.

2. The continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

3. The ends of justice served by granting the defendant's request outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that Defendant's Motion for Continuance is GRANTED / DENIED and the deadlines are as follows:

This case is reset for Final Pre-Trial Conference on _____ at _____ am in Courtroom ____, United States Courthouse, _____, Texas, at which time dates for Jury Selection and Trial will be determined. Counsel shall be prepared to commence jury selection and trial the following day and continuing thereafter.

The following deadlines shall apply in this case.

_____   Any motion to suppress shall be filed with the court.

_____   Any motion for continuance shall be filed with the court.

_____   Counsel for the Government shall deliver to counsel for Defendant(s) proposed jury instructions.

_____   The parties shall notify the Court of any signed plea agreement and factual basis for the plea. Notification shall be telephone, fax or email. After this deadline, no plea agreement will be honored by the court without good cause shown.

_____   If the parties do not notify the Court of a plea agreement as provided above, defense counsel shall deliver to counsel for the Government any additional jury instructions desired by Defendant(s). If two or more Defendants are represented by separate counsel, their submission must be made jointly.

_____   Counsel for Defendant(s) and counsel for the Government shall confer to determine which jury instructions can be agreed upon.

_____   Parties shall file any motions in limine

_____   Counsel for the Government and counsel for the

Defendant(s) shall:

    A. Jointly file agreed upon instructions;

    B. Each file any proposed instructions that were not agreed upon, citing the authority for each instruction. (Any party seeking to file proposed jury instructions after the deadline may do so only with leave of Court.);

    C. Each file any objections to the other's proposed jury instructions. Objections must be written, specific, cite authority, and include any alternate instructions counsel deem more appropriate;

    D. Each file proposed voir dire questions;

    E. If counsel believes that a written response to a particular motion in limine is needed, file it;

    F. Each provide the court with a list of witnesses, a list of exhibits anticipated to be introduced during trial, and a copy of each marked exhibit. All exhibits to be used for trial shall be pre-marked numerically and in succession. Counsel shall provide the court the original and two (2) copies of each list and marked exhibit.

SIGNED this \_\_\_\_\_ day of August, 2020.

_____
**United States District Judge**