IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

PHILIP RUSSELL ARCHIBALD (01)
DANIELLE BROOKE BOCANEGRA (02)
BRODI RAY BOCANEGRA (03)

NO. 3:20-CR-283-N

## ORDER

Before the Court is the Government's Motion to Unseal Superseding Indictment, Arrest Warrant for Brodi Ray Bocanegra and the above-captioned criminal case. The Court **GRANTS** the government's motion.

IT IS THEREFORE ORDERED that the Superseding Indictment, the related Arrest Warrant for Brodi Ray Bocanegra and this case shall be **unsealed**.

IT IS FURTHER ORDERED that this Order and the accompanying motion be **unsealed**.

**SO ORDERED** on this 28th day of September 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS