TRULINCS 60407177 - ARCHIBALD, PHILIP RUSSELL - Unit: SST-B-A

---

FROM: 60407177
TO:
SUBJECT:
DATE: 07/25/2022 09:56:38 AM

US Probation
Northern District of Texas
1100 Commerce Street
Room 1329
Dallas, TX 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

3:20-cr-283-N

My name is Philip Archibald, Reg No. 60407-177, and I am currently incarcerated at FCI - Sandstone. 21 July, 2022, I had a discussion with Associate Warden Thomas, who has informed me that FCI - Sandstone (or the BOP in general) has taken it upon themselves to not apply First Step Act Time Credit (from the First Step Act of 2018) to individuals who have 18 months or less remaining on their sentence. Despite the statue (18 USC 3632) not having any restrictions whatsoever for peoples time.

The statue indicates that these First Step Act Time Credits get applied to either the sentence or supervised release. FCI - Sandstone denying me the ability to apply First Step Act Time Credits to my sentence means that these First Step Act Time Credits need to be applied to my supervised release. In discussing this fact with Associate Warden Thomas, she indicated that that was not FCI - Sandstone's problem, rather it is the responsibility of the US Probation Office to apply the First Step Act Time Credits to supervised release.

I am writing US Probation to confirm that US Probation and FCI - Sandstone / the BOP have had the necessary conversations to ensure that individuals like myself, who have less than 18 months, will be receiving all of the First Step Act Time Credits toward their supervised released. Would US Probation be able to confirm that they have had the conversations with FCI - Sandstone / the BOP, and have a plan in place to ensure that my First Step Act Time Credits are being applied to my supervised release since FCI - Sandstone is denying me the ability to reduce my sentence.

I have been highly concerned about FCI - Sandstone's implementation of the First Step Act, and have been following up with management consistently and they keep changing their answers on me. I am forwarding this to the District Court and the Warden of FCI - Sandstone so that both are aware of the issues surrounding the First Step Act Time Credits that I am facing. I was not aware that the BOP could go against Congress and Federal Statue and just do whatever they wanted to with federal programming, when there are guidelines clearly laid out in the Statue. This 18 month requirement for First Step Act Time Credits to be applied to sentencing is not a requirement that is listed in the First Step Act.

I await your response, and thank you in advance for your guidance on an already extremely frustrating situation for myself and others in the BOP,

Respectfully,

Philip Archibald

Reg No. 60407-177
FCI - Sandstone
PO Box 1000
Sandstone Mn, 55072

_____        8/8/2022
       Signature                   Date

CC: FCI - Sandstone Warden
    Northern District Court of Texas, Case No: 3:20-CR-00283-N(1)

COMMITTED NAME: Philip Archibald
REG. NO. & QTRS.: 60407-177, B5L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

RECEIVED
AUG 15 2022
MAILROOM

SAINT PAUL MN 550
9 AUG 2022 PM 3 L

7E242-131052

⇔ 60407-177 ⇔
District Court
1100 Commerce ST
1452
Dallas, TX 75242
United States