UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Person Under Supervision: | Philip Russell Archibald        Case No.: 3:20-CR-00283-N (1) |
| Name of Sentencing Judge: | U.S. Chief District Judge David C. Godbey |
| Date of Original Sentence: | November 1, 2021 |
| Original Offense: | Count 1: Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846 (21U.S.C. §841), Class C felony; Count 2: Possession with Intent to Distribute Controlled Substance and Aiding and Abetting, 21 U.S.C. § 841(a)(1) and 18 U.S.C § 2, Class C felony; Count 3: Use of Mail in Causing or Facilitating a Controlled Substance Offense and Aiding and Abetting, 21 U.S.C § 843(B) and 18 U.S.C. 2, Class E felony; Count 4: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(3) & 924(a)(2), Class C felony; Count 5: Possession with Intent to Distribute Controlled Substance and Aiding and Abetting, 21 U.S.C. § 841(a)(1) & (b)(1)(E)(i) and 18 U.S.C § 2, Class C felony; Count 6: Use of the Mail in Causing or Facilitating a Controlled Substance Offense and Aiding and Abetting, 21 U.S.C § 843(b) and 18 U.S.C. § 2, Class E felony; Count 7: Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846, 841(a)(1) (b)(1)(C), Class C felony; Count 8: Interstate Transmission of Threatening Communications, 18 U.S.C. § 875(c), Class D felony |
| Original Sentence: | 37 months custody as to each count to run concurrently, 3 year term of supervised release each count, to run concurrently |
| Revocations: | None |
| Type of Supervision: | Supervised Release        Date Supervision Commenced: December 23, 2022 |
| Assistant U.S. Attorney: | Tiffany Hope Eggers        Defense Attorney: J. Daniel Oliphant Jr. |
| | (Court appointed) |

## Request to Terminate Supervision Prior to the Original Expiration Date:

**I.**

The following information/request is being presented for the Court's review and decision:

Philip Russell Archibald began his term of supervised release December 23, 2022, in the Northern District of Texas, Dallas Division. On March 7, 2023, Mr. Archibald's case was transferred to the administrative caseload where he continues to be monitored. Mr. Archibald has remained compliant with all conditions imposed by the Court. He successfully completed drug testing, and all urine specimens tested negative for illegal controlled

substances. Throughout his term of supervised release. Mr. Archibald has maintained a stable residence and stable employment. A criminal record check completed October 15, 2024, revealed no new arrests or pending criminal activity since the start of his supervised release.

Pursuant to Rule 32.1(c) of the Federal Rule of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request early termination of supervision ten business days prior to submission to the Court. On October 18, 2024, Assistant U.S. Attorney Rachael Jones (AUSA Jones) was advised of our plan to request early termination of supervision. AUSA Jones advised that the US Attorney's Office is not opposed to early termination in this case.

## II.

The probation officer recommends the following action for the Court to consider:

Mr. Archibald has complied with the rules and regulation of supervised release and the U.S. Probation Officer believes he is no longer in need of supervision. It is respectfully recommended he be discharged from supervision and all interest in the case be terminated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2024
Respectfully submitted,                                  Approved,

s/Bradley Holmes                                         s/Bradley Holmes
Supervising U.S. Probation Officer                       Supervising U.S. Probation Officer
Fort Worth Division                                      Phone:  214-287-6993
Phone:  214-287-6993

**Order of the Court:**

☒  Agrees with the recommendation of the probation officer.

☐  Disagrees with the recommendation of the probation officer.

☐  Other or Additional: _____

_____

David C. Godbey
U.S. District Judge

October 31, 2024
Date

RA